**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. CR-12-156-M |
| ) | |
| LAURA BUSH, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Before the Court is defendant's Motion to Terminate Defendant's Probation Term, filed January 21, 2016. On February 1, 2016, the government filed its response, stating that neither it nor the United States Probation Office has any objection to the request for early termination of defendant's probation. Having carefully reviewed the parties' submissions, and for the reasons set forth therein, the Court GRANTS defendant's Motion to Terminate Defendant's Probation Term [docket no. 315] and TERMINATES defendant Laura Bush's probation.

**IT IS SO ORDERED this 3rd day of February, 2016.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE